■ GEORGE C. MILLER BRICK CO., INC., Appellant, v STARK CERAMICS, INC., Respondent. (Appeal No. 2.) [778 NYS2d 384]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered August 15, 2003. The order, insofar as appealed from, denied plaintiff's motion to disqualify defendant's law firm and denied those parts of plaintiff's motion seeking to recuse the court and for leave to reargue and renew.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and the order is affirmed without costs. Present—Wisner, J.P., Hurlbutt, Gorski and Hayes, JJ.

■ THE HERKIMER COUNTY TRUST COMPANY, Respondent, v ROBERT E. FERNICOLA, Appellant. (Appeal No. 1.) [778 NYS2d 383]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered April 24, 2001. The order denied defendant's motion to vacate a default judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Memorandum: This appeal has been rendered moot inasmuch as defendant's debt at issue herein was discharged in bankruptcy (*see Gucci v Gucci*, 213 AD2d 356, 357 [1995], *lv denied* 86 NY2d 778 [1995]; *see also Jarrell v Jarrell*, 276 AD2d 353, 354 [2000], *lv denied* 96 NY2d 710 [2001]). Present—Wisner, J.P., Hurlbutt, Gorski, Martoche and Hayes, JJ.

■ THE HERKIMER COUNTY TRUST COMPANY, Respondent, v ROBERT E. FERNICOLA, Appellant. (Appeal No. 2.) [778 NYS2d 384]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered June 1, 2001. The order denied the motion of defendant for leave to reconsider the denial of his motion to vacate a default judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hutchings v Hutchings*, 155 AD2d 973 [1989]). Present—Wisner, J.P., Hurlbutt, Gorski, Martoche and Hayes, JJ.